UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, LP, <br> Debtor | : <br> : Bankruptcy No. 14-12482 <br> : |
| IN RE: PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, LP, *d/b/a* FOXWOODS CASINO PHILADELPHIA, <br> Plaintiff <br><br> v. <br><br> COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, and COMMONWEALTH OF PENNSYLVANIA, <br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 2:20-cv-00295 <br> : Adversary No. 14-00255 <br> : <br> : <br> : <br> : |

# O R D E R

**AND NOW**, this 30th day of September, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Plaintiff's appeal is **DENIED**.

2. The Bankruptcy Court's decision dated December 31, 2019, is **AFFIRMED**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge